# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF COLUMBIA

_____

|  |  |  |
|---|---|---|
| JEFFERY MATTHEWS, *et al.*, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| v. | ) | Civil Action No. 07-00031 |
| | ) | |
| DISTRICT OF COLUMBIA, *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

_____)

## DEFENDANTS' CONSENT MOTION FOR
## EXTENSION OF TIME TO RESPOND TO COMPLAINT

Pursuant to Fed. R. Civ. P. 6(b) and LCvR 7, Defendants, by counsel, hereby respectfully request an enlargement of time – to March 8, 2007 – to respond to the complaint filed herein.

The complaint in this case was filed on January 5, 2007, and served on Defendants on January 12, 2007. The Defendants' response was due on February 1, 2007. In light of the complexity and procedural history of this matter, counsel requests an enlargement of time of thirty-five (35) days to investigate and prepare a meaningful response to the complaint. Pursuant to LCvR 7(m), counsel has conferred with Plaintiffs' counsel regarding the relief sought by this motion. Plaintiffs' counsel has graciously consented to the relief requested.

Accordingly, an enlargement of time to respond to the complaint – to March 8, 2007 – is respectfully requested.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE  C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9886 (telephone)
(202) 727-3625 (fax)
ellen.efros@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| _____ | ) |
| JEFFERY MATTHEWS, *et al*., | ) |
| | ) |
| Plaintiffs, | ) |
| v. | )    Civil Action No. 07-00031 |
| | ) |
| DISTRICT OF COLUMBIA, *et al*., | ) |
| | ) |
| Defendants. | ) |
| _____ | ) |

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF**
**DEFENDANTS' CONSENT MOTION FOR EXTENSION OF TIME**
**TO RESPOND TO THE COMPLAINT**

1.  Fed. R. Civ. P. 6(b); LCvR 7.

2.  The inherent authority of this Court.

                    Respectfully submitted,

                    LINDA SINGER
                    Acting Attorney General for the District of Columbia

                    GEORGE  C. VALENTINE
                    Deputy Attorney General, Civil Litigation Division


                    /s/ Ellen A. Efros_____
                    ELLEN A. EFROS
                    Chief, Equity I
                    441 Fourth Street, N.W., Suite 6S079
                    Washington, D.C. 20001
                    (202) 442-9886 (telephone)
                    (202) 727-3625 (fax)
                    ellen.efros@dc.gov

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____
                                                        )
JEFFERY MATTHEWS, *et al.*,              )
                                                        )
                        Plaintiffs,                 )
            v.                                          )          Civil Action No. 07-00031
                                                        )
DISTRICT OF COLUMBIA, *et al.*,          )
                                                        )
                        Defendants.               )
_____)

## ORDER

      Upon consideration of Defendants' Consent Motion for Extension of Time to Respond to

Complaint, the memorandum of points and authorities in support thereof, and the entire record

herein, and no opposition thereto,  it is this _____day of _____, 2007,

      **ORDERED** that the motion be, and the same hereby is, **GRANTED**; and it is

      **FURTHER ORDERED** that Defendants may respond to the complaint on or before

March 8, 2007.

                         _____
                         Honorable Richard W. Roberts, Judge
                         UNITED STATES DISTRICT COURT