UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY MATTHEWS, et al. <br><br> Plaintiffs, <br><br> v. <br> THE DISTRICT OF COLUMBIA, et al. <br><br> Defendants. | ) <br> ) <br> ) Civil Action No. 1:07CV00031 (ESH) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) |

**DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), 6(b)(1), 7(b), and LCvR 7(a), Defendants move to dismiss the Complaint with prejudice on the grounds that the Complaint fails to state a claim on which relief can be granted. Plaintiffs' claims are now moot. The grounds and the reasons are set forth more fully in the accompanying Memorandum of Points and Authorities. A proposed order accompanies this motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9886 (telephone)
(202) 727-3625 (fax)
ellen.efros@dc.gov

1

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                              )
JEFFERY MATTHEWS, et al.      )
                              )
                              ) Civil Action No. 1:07CV00031 (ESH)
        Plaintiffs,           )
                              )
    v.                        )
                              )
THE DISTRICT OF COLUMBIA, et al. )
                              )
        Defendants.           )
_____)

**MEMORANDUM OF POINTS AND AUTHORITIES IN SUPPORT OF
DEFENDANTS' MOTION TO DISMISS**

Pursuant to Fed. R. Civ. P. 12(b)(6), 6(b)(1), 7(b), and LCvR 7(a), Defendants move to dismiss the Complaint with prejudice on the grounds that the Complaint fails to state a claim on which relief can be granted, and Plaintiffs' claims are now moot.

**STANDARD OF REVIEW**

A motion to dismiss pursuant to Fed. R. Civ. P. 12(b)(6) should be granted when it appears that, under any reasonable reading of the complaint, the plaintiff will be unable to prove any set of facts that would justify relief. *Conley v. Gibson*, 355 U.S. 41, 45 (1957). The moving party is entitled to judgment if there are no allegations in the complaint that could provide a basis for recovery. *Haynesworth v. Miller*, 820 F.2d 1245, 1254 (1987).

Although the non-moving party enjoys the benefit of all inferences that reasonably can be drawn from the allegations alleged in the complaint, bare conclusions of law—or sweeping and unwarranted averments of fact—will not be deemed admitted for purposes of a motion under Rule 12(b)(6). *Id.* The court need not accept inferences drawn by plaintiff if such inferences are unsupported by the facts set out in the complaint, "[n]or must the court accept legal conclusions

cast in the form of factual allegations." *Kowal v. MCI Communications* Corp., 305 U.S. App. D.C. 60, 16 F.3d 1271, 276 (1994).

## Background

Plaintiffs were employees of the District of Columbia who suffered work-related injuries and received workers' compensation benefits. Plaintiffs' benefits were subsequently suspended. Plaintiffs contend that they requested formal denial orders from the District of Columbia Office of Risk Management (DCORM). Plaintiffs complain that they never received the formal denial letters and, accordingly, that their due process rights have been violated. Plaintiffs contend that they are unable to pursue post-deprivation evidentiary hearings as a result of DCORM's failure to provide the denial letters. Plaintiffs filed this suit seeking equitable relief including a request for hearings on their claims and monetary damages. Subsequent to the filing of this action, DCORM issued formal denial letters to Plaintiffs Hickman and West on February 16, 2007, and to Plaintiff Matthews on March 7, 2007. *See* Exhibit A.

## Discussion

The gravamen of Plaintiffs' complaint is that Defendants failed to issue formal denial letters. Defendants recently issued the formal denial letters sought by Plaintiffs. Any harm Plaintiffs suffered as a result of the Defendants delay in issuing the formal denial letters will be addressed in proceedings before the Administrative Hearings Division (AHD). If Defendants wrongfully terminated Plaintiffs' benefits, any award will be made retroactive to the date of the suspension of benefits. Consequently, Plaintiffs' claims are now moot.

"Article III of the Constitution restricts the federal courts to deciding only 'actual, ongoing controversies'….a live controversy must exist at all stages of review. Hence, 'even where litigation poses a live controversy when filed, ... [this] court [must] refrain from deciding

it if "events have so transpired that the decision will neither presently affect the parties' rights nor have a more-than-speculative chance of affecting them in the future."" *National Black Police Ass'n v. District of Columbia*, 108 F.3d 346, 349 (D.C. Cir. 1997) (citations omitted). Defendants' issuance of the formal denial letters in this case ended the controversy between the parties.

The Court of Appeal expounded on this issue, "Although generally voluntary cessation of challenged activity does not moot a case, a court may conclude that voluntary cessation has rendered a case moot if the party urging mootness demonstrates that (1) 'there is no reasonable expectation that the alleged violation will recur," and (2) "interim relief or events have completely or irrevocably eradicated the effects of the alleged violation.'" *Id.* at 349 (*citing County of Los Angeles v. Davis,* 440 U.S. 625, 631 (1979).

There is no reasonable expectation in this case that the alleged violation will recur. The attached exhibits demonstrate that the final denial letters were issued. Therefore, it is virtually impossible that the alleged violation could recur in this case. The issuance of the denial letters and Plaintiffs' rights to seek administrative review in which they could recover retroactive benefits completely eradicates Defendants' failure to issue the formal denial letters.

**Conclusion**

For the foregoing reasons, Defendants respectfully request that this Honorable Court dismiss Plaintiff's complaint with prejudice.

> Respectfully submitted,
> LINDA SINGER
> Acting Attorney General for the District of Columbia
>
> GEORGE C. VALENTINE
> Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I
441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9886 (telephone)
(202) 727-3625 (fax)
ellen.efros@dc.gov

# Government of the District of Columbia
## Office of Risk Management
### Disability Compensation Program

Kelly Valentine -
Interim Chief Risk Officer

## NOTICE OF DETERMINATION REGARDING ADDITIONAL MEDICAL TREATMENTS

Date of this Notice:    February 16, 2007

Frankie West
4310 Lyons Street
Temple Hills, Maryland 20748

Claim Number:         760005-1-1999-26
Social Security Number: *********
Date of Injury/Illness:  09/28/98
D.C. Government Agency: DC Public Schools

### Why You Have Received This Notice

*Your Disability Compensation Claim for additional medical benefits is hereby DENIED.*

Your additional medical benefits have ended due to Dr. Robert Collins additional medical evaluation of July 13, 2006. Dr. Collins is of the opinion that you have reached maximum medical improvement and that he sees no indication for further treatment. No additional medical treatments will be paid beyond July 13, 2006.

### What You Should Do Now

*Read this notice.* If you disagree with our decision, act now. You may either (choose one):

1. **Request reconsideration** of our decision by following the instructions below, or
2. **Appeal** this notice by following the instructions below and as provided in the Act, D.C. Code § 1-623.24 (2001).

### What You Should Do If You Disagree With This Notice

If you disagree with this notice, you must act now by either (choose one): (1) Requesting reconsideration as provided below. If you fully comply with all instructions below, including all deadlines, your payments will be extended for thirty days during the reconsideration process. Or (2) appealing this notice to: Chief, Office of Hearings and Adjudication, Department of Employment Services, 64 New York Avenue, N.E., Suite 2101, Washington, D.C. 20002, as provided in D.C. Code, 2001 Ed. § 1-623, et seq. The payments, however, will not be extended during the appeal process.

### How to Request Reconsideration

You must do two things if you choose to request reconsideration:

1. Mail or deliver the enclosed Request for Reconsideration Form so that the form is received in **the Office of Risk Management no later than the 30th day after the date of this notice. Requests for reconsideration shall not be accepted by facsimile or e-mail.** If a request for reconsideration is hand-delivered, the Office of Risk Management shall provide a dated receipt to the claimant.
2. Mail the supporting documentation and your specific reasons for requesting reconsideration so that the information is **received in the Office of Risk Management no later than the 30th day after the date of this notice.**

---

D.C. Disability Compensation Program
Phone: (202) 727-8600    Fax: (202) 727-8319

441 4th Street NW, Suite 800S, Washington, DC 20001
Form NOC (Rev. 12-15-04)



The date when the Office of Risk Management receives your documentation is very important. If you submit your request for reconsideration on or after the 31st day after the date of this notice your request will be considered untimely and the Office of Risk Management shall deny the Request for Reconsideration as untimely without ruling on the merits.

Here are some important things to know about preparing your request for reconsideration:
- Your request must be legibly written or typed and specifically state why you believe your claim should remain open with continuing payments.
- Include in your request all documents, information, medical reports and related material to support your position.
- Send original documents (not copies) if they were given to you.
- You may wish to review and copy the public portion of the file related to your claim at the office of our third party administrator. You must pay for copies at the rates currently charged by our third party administrator. You may schedule an appointment for this review by calling the telephone number at the top of this notice.
- When you have prepared your request, mail it to the **Claims Bureau Manager, Office of Risk Management, 441 – 4th Street NW, Suite 800 South, Washington, D.C., 20001.** Faxes and e-mail submissions will not be accepted.

If the reconsideration of your claim does not change our decision to close your claim and related payments, you may still appeal this notice as provided in the D.C. Code, 2001 Ed. § 1-623. The payments related to this claim will not be extended during the appeal process.

**Please note,** District of Columbia law provides for disability compensation payments only to claimants who meet the requirements for receiving such payments. Any payments made to you after we determine that you no longer meet those requirements may be subject to recoupment or collection activity against you after all reconsideration and appeal processes have been concluded, or the time within which you may seek reconsideration or appeal have expired, whichever is later. The amount subject to recoupment or collection activity against you will be increased if payments are extended due to your filing of a request for reconsideration that is untimely denied.

*Cathy D. Clanton*
Sr. Claim Acct. Mgr

*Johnnie Winslow*
Sr. Claim Supervisor

Cc:   Office of Risk Management
      Kirk Williams, Esq.



# Government of the District of Columbia
## Office of Risk Management
## Disability Compensation Program

Kelly Valentine -
Interim Chief Risk Officer

## NOTICE OF DETERMINATION REGARDING ORIGINAL CLAIM FOR COMPENSATION
### Form NOC

**Date of this Notice:** February 16, 2007

Earline Hickman
1822 Savannah St SE Apt# 201
Washington DC 20020

**Claim Number:** 76005-0001-1999-0082
**Social Security Number:** 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
**Date of Injury/Illness:** 09-14-1998
**D.C. Government Agency:** DCPS

### Why You Have Received This Notice

*Your Disability Compensation Claim is hereby DENIED.*

On August 24, 2006 you were evaluated by, Dr Willie E. Thompson for an Additional Medical Evaluation. At that time Dr. Thompson assessed you were at Medical Maximum Improvement, and would not benefit from any continued formal medical care including follow-up care for renewal of medication. Based on this report no form of medical treatment, medications, evaluations, dialogistic testing, physical therapy, and the like, has been nor will it be authorized.

### What You Should Do Now

*Read this notice.* If you disagree with our decision, act now. You may either (choose one):

1. **Request reconsideration** of our decision by following the instructions below, **or**

2. **Appeal** this notice by following the instructions below and as provided in the Act, D.C. Code § 1-623.24 (2001).

### What You Should Do If You Disagree With This Notice

If you disagree with this notice, you must act now by either (choose one): (1) Requesting reconsideration as provided below. If you fully comply with all instructions below, including all deadlines, your payments will be extended for thirty days during the reconsideration process. Or (2) appealing this notice to: **Chief, Office of Hearings and Adjudication, Department of Employment Services, 64 New York Avenue, N.E., Suite 2101, Washington, D.C. 20002**, as provided in D.C. Code, 2001 Ed. § 1-623, *et seq.* The payments, however, will not be extended during the appeal process.

### How to Request Reconsideration

You must do two things if you choose to request reconsideration:

1. Mail or deliver the enclosed Request for Reconsideration Form so that the form is received in the Office of Risk Management no later than the 30th day after the date of this notice. Requests for reconsideration shall not be accepted by facsimile or e-mail. If a request for reconsideration is hand-delivered, the Office of Risk Management shall provide a dated receipt to the claimant.
2. Mail the supporting documentation and your specific reasons for requesting reconsideration so that the information is received in the Office of Risk Management no later than the 30th day after the date of this notice.

D.C. Disability Compensation Program
Phone: (202) 727-8600    Fax: (202) 727-8319

441 4th Street NW, Suite 800 3, Washington, DC 20001
Form NOC (rev. 12-15-04)

The date when the Office of Risk Management receives your documentation is very important.

- If you comply with the above mailing dates, your disability compensation claim and related payments we are making to you will be extended for 30 days from the date of the notice or until a timely Request for Reconsideration has been decided by the ORM, whichever is later.
- If you submit your request for reconsideration on or after the 31st day after the date of this notice your request will be considered untimely and the Office of Risk Management shall deny the Request for Reconsideration as untimely without ruling on the merits.

Here are some important things to know about preparing your request for reconsideration:
- Your request must be legibly written or typed and specifically state why you believe your claim should remain open with continuing payments.
- Include in your request all documents, information, medical reports and related material to support your position.
- Send original documents (not copies) if they were given to you.
- You may wish to review and copy the public portion of the file related to your claim at the office of our third party administrator. You must pay for copies at the rates currently charged by our third party administrator. You may schedule an appointment for this review by calling the telephone number at the top of this notice.
- When you have prepared your request, mail it to the Claims Bureau Manager, Office of Risk Management, 441 – 4th Street NW, Suite 800 South, Washington, D.C., 20001. Faxes and e-mail submissions will not be accepted.

If the reconsideration of your claim does not change our decision to close your claim and related payments, you may still appeal this notice as provided in the D.C. Code, 2001 Ed. § 1-623. The payments related to this claim will not be extended during the appeal process.

Please note, District of Columbia law provides for disability compensation payments only to claimants who meet the requirements for receiving such payments. Any payments made to you after we determine that you no longer meet those requirements may be subject to recoupment or collection activity against you after all reconsideration and appeal processes have been concluded, or the time within which you may seek reconsideration or appeal have expired, whichever is later. The amount subject to recoupment or collection activity against you will be increased if payments are extended due to your filing of a request for reconsideration that is untimely denied.

*[signature]*
Laura O. White
Claim Representative

*[signature]*
Johnnie Winslow
Claim Supervisor


Cc:   Office of Risk Management



# Government of the District of Columbia
## Office of Risk Management
### Disability Compensation Program

Kelly Valentine -
Interim Chief Risk Officer

---

## NOTICE OF DETERMINATION REGARDING TEMPORARY TOTAL DISABILITY
### Form NOC

**Date of this Notice:**  March 7, 2007

MATTHEWS, JEFFERY
6017 SHERIDAN ST APT B
RIVERDALE, MD  20737

**Claim Number:**           761020-0001-1999-0043
**Social Security Number:** 577802386
**Date of Injury/Illness:** 09/15/1998
**D.C. Government Agency:** **Department of Public Works**

### *Why You Have Received This Notice*

*Your Disability Compensation Claim for continuing Temporary Total Disability benefits is hereby* **DENIED.**

Your Temporary Total Disability benefits have ended due to:
Your failure to return the requested wage and tax information, which was requested on 08/23/2004.

### *What You Should Do Now*

*Read this notice.*  If you disagree with our decision, act now.  You may either (choose one):

1. **Request reconsideration** of our decision by following the instructions below, <u>or</u>

2. **Appeal** this notice by following the instructions below and as provided in the Act, D.C. Code § 1-623.24 (2001).

### What You Should Do If You Disagree With This Notice

If you disagree with this notice, you must act now by either (choose one):  (1) Requesting reconsideration as provided below. If you fully comply with all instructions below, including all deadlines, your payments will be extended for thirty days during the reconsideration process.  Or (2) appealing this notice to:  **Chief, Office of Hearings and Adjudication, Department of Employment Services, 64 New York Avenue, N.E., Suite 2101, Washington, D.C. 20002**, as provided in D.C. Code, 2001 Ed. § 1-623, *et seq.*  The payments, however, will not be extended during the appeal process.

### How to Request Reconsideration

You must do two things if you choose to request reconsideration:

1. Mail or deliver the enclosed Request for Reconsideration Form so that the form is <u>received in the Office of Risk Management no later than the 30th day after the date of this notice.  Requests for reconsideration shall not be accepted by facsimile or e-mail.</u>  If a request for reconsideration is hand-delivered, the Office of Risk Management shall provide a dated receipt to the claimant.
2. Mail the supporting documentation and your specific reasons for requesting reconsideration so that the information is <u>received in the Office of Risk Management no later than the 30th day after the date of this notice.</u>

D.C. Disability Compensation Program                    441 4th Street NW, Suite 800S, Washington, DC 20001
Phone: (202) 727-8600    Fax: (202) 727-8319                                              Form NOC (rev. 12-15-04)

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |
|---|---|
| JEFFERY MATTHEWS, et al. | ) |
|  | ) |
|  | ) Civil Action No. 1:07CV00031 (ESH) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

**ORDER**

**HAVING CONSIDERED** Defendants' Motion to Dismiss, any/no opposition thereto, and the entire record herein, it is this _____ day of _____, 2007,

**ORDERED,** that the Defendant's Motion to Dismiss is hereby **GRANTED**, and it is further

**ORDERED,** that the Plaintiffs' Complaint is hereby **DISMISSED WITH PREJUDICE.**

                                                Honorable Ellen Segal Huevelle, Judge
                                                U.S. District Court