**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

_____

|  |  |
|---|---|
| JEFFERY MATTHEWS, et al. | ) |
|  | ) |
|  | ) Civil Action No. 1:07CV00031 (ESH) |
| Plaintiffs, | ) |
|  | ) |
| v. | ) |
| THE DISTRICT OF COLUMBIA, et al. | ) |
|  | ) |
| Defendants. | ) |
|  | ) |

_____  )

**DEFENDANTS' OPPOSITION TO PLAINTIFFS' MOTION FOR LEAVE TO FILE**
**SURREPLY IN OPPOSITION TO DEFENDANT'S MOTION TO DISMISS**

Defendants oppose Plaintiffs' Motion for Leave to File Surreply in Opposition to

Defendants' Motion to Dismiss. Surreplies are not favored by the Court, and Plaintiffs provide

no grounds or authority to support their request. Further, no new issues were raised in

Defendants' Reply to Plaintiffs' Opposition to Motion to Dismiss. If this Court were inclined to

grant Plaintiffs' Motion, then Defendants reserve the right to respond to Plaintiffs' Surreply

because Defendants carry the burden of proof on their Motion to Dismiss. Thus, if the Court

were to grant Plaintiffs' Motion, Defendants respectfully request that the Court provide sufficient

time for Defendant to provide a substantive response to the arguments raised in Plaintiffs'

Surreply attached to their Motion.

Respectfully submitted,

LINDA SINGER
Acting Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division

/s/ Ellen A. Efros
ELLEN A. EFROS
Chief, Equity I

441 Fourth Street, N.W., Suite 6S079
Washington, D.C. 20001
(202) 442-9886 (telephone)
(202) 727-3625 (fax)
ellen.efros@dc.gov