UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

_____
                                    )
JEFFERY MATTHEWS, et al.            )
                                    ) Civil Action No. 1:07CV00031 (ESH)
       Plaintiffs,                  )
                                    )
v.                                  )
THE DISTRICT OF COLUMBIA, et al.    )
                                    )
       Defendants.                  )
_____)

## NOTICE OF ENTRY OF APPEARANCE

The Clerk of the Court will please enter the appearance of Senior Assistant Attorney General Martha J. Mullen as counsel for the District of Columbia in the above-captioned matter.

Respectfully submitted,

LINDA SINGER
Attorney General for the District of Columbia

GEORGE C. VALENTINE
Deputy Attorney General, Civil Litigation Division


/s/ Ellen A. Efros
ELLEN A. EFROS #250746
Chief, Equity I

/s/ Martha J. Mullen
MARTHA J. MULLEN #419036
Senior Assistant Attorney General
Office of the Attorney General, DC
441 Fourth Street, N.W., 6th Floor South
Washington, D.C. 20001
(202) 724-6612(telephone)
(202) 727-0431 (facsimile)
E-mail: martha.mullen@dc.gov