UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY MATTHEWS, *et al.*, : | |
| : | |
| Plaintiffs, : | Case No. 1:07-CV-00031 |
| : | |
| v. : | |
| : | |
| DISTRICT OF COLUMBIA, *et al.*, : | |
| : | |
| Defendants. : | |

## DISTRICT OF COLUMBIA'S ANSWER TO THE COMPLAINT

Defendants respond to the allegations in the Complaint with particularity and in like-numbered paragraphs as follows:

### JURISDICTION

1. Defendants acknowledge 28 U.S.C. §§1331, 1337, 1343 and 1376 (a), but deny that jurisdiction is necessarily conveyed thereby.

    (a)  Defendants acknowledge 42 U.S.C. § 1983, but deny that Defendants violated Plaintiffs' constitutional rights and, therefore, the statute is not applicable.

    (b)  Defendants acknowledge the Fifth Amendment, but deny that Defendants violated Plaintiffs' constitutional rights.

    (c)  Defendants acknowledge 42 U.S.C. § 1988, but deny that attorney fees should be awarded.

2. Denied.

3. Denied.

4. Denied.

### PARTIES

5 – 9.  The allegations in these paragraphs to the extent they identify the parties are admitted.  The remaining allegations are Plaintiffs' characterizations to which no response is required.

## FACTUAL ALLEGATIONS

### JEFFREY MATTHEWS

10.  Defendants admit that there is Comprehensive Merit Personnel Act, D.C. Official Code §§ 1-601.01 *et seq.*, which sets forth the statutory scheme governing the administration of worker's compensation program and disability payments which, *inter alia*, include lost wage and medical benefits.

11.  The allegations in this paragraph are conclusions of law to which no answer is required. If an answer is required, Defendants deny that their conduct violated the Due Process Clause of the United States Constitution.

12.  Defendants admit that was notice was sent on August 25, 2004, but deny all other allegations in this paragraph.

13.  Denied.

14.  Denied.

15.  Denied.

16.  Denied.

17.  The allegations in this paragraph are conclusions of law to which no answer is required.  If an answer is required, the allegations are denied.

18.  Denied.

### FRANKIE WEST

19.  Defendants are without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and therefore denies same and strict

proof thereof is demanded.

20. The allegations in this paragraph are conclusions of law to which no answer is required. If an answer is required, the allegations are denied.

21 – 23. Defendants are without sufficient knowledge or information to admit or deny the allegations contained in these paragraphs and therefore deny same and strict proof thereof is demanded.

24. Denied.

25. The allegations in this paragraph are conclusions of law to which no answer is required. If an answer is required, the allegations are denied.

26. Denied.

### EARLINE HICKMAN

27. Defendants are without sufficient knowledge or information to admit or deny the allegations contained in this paragraph and therefore deny same and strict proof thereof is demanded.

28. The allegations in this paragraph are conclusions of law to which no answer is required. If an answer is required, the allegations are denied.

29 - 31 Defendants are without sufficient knowledge or information to admit or deny the allegations contained in these paragraphs and therefore deny same and strict proof thereof is demanded.

32. Denied.

33. The allegations in this paragraph are conclusions of law to which no answer is required. If an answer is required, the allegations are denied.

34. Denied.

## COUNT I – DUE PROCESS

34. [sic]  Defendants adopt and incorporate the answers to each and every allegation contained in paragraphs 1 through 34 as if fully set forth herein.

35 - 38.  The allegations in these paragraphs are conclusions of law to which no answer is required.  If an answer is required, the allegations are denied.

(a) – (d). These allegations are Plaintiffs' prayer for relief to which no answer is required. If an answer is required, the allegations are denied.

By way of further answer, Defendants deny any and all allegations not specifically admitted or otherwise answered herein.

## FIRST DEFENSE

The Complaint fails to state a claim against Defendants upon which relief can be granted.

## SECOND DEFENSE

This Court lacks jurisdiction over the subject matter of this action.

## THIRD DEFENSE

Plaintiffs have failed to exhaust their administrative remedies.

## FOURTH DEFENSE

Plaintiffs' claims are barred by the applicable statute of limitations.

## FIFTH DEFENSE

Plaintiffs' claims are barred under the doctrine of latches.

## SIXTH DEFENSE

Plaintiffs' claims are barred under the doctrine of unclean hands.

## SEVENTH DEFENSE

The actions or failure to act which give rise to the claims alleged by Plaintiffs were the responsibility of or conducted by a person or party other than the District of Columbia.

### EIGHTH DEFENSE

Defendants, at all times relevant, acted consistently with applicable rules, regulations, federal and local law and standards of care.

### NINTH DEFENSE

The actions of Defendants and all employees, officials, and agents of the District of Columbia were, at all times relevant, reasonable, in good faith, and in compliance with federal and local law.

### TENTH DEFENSE

To the extent plaintiffs seek and award of unliquidated damages against the District of Columbia under local law, such damages are barred for failure to satisfy D.C. Official Code § 12-309 (2001 ed.).

By way of further answer, Defendants represent that all defenses are based upon information presently available. Defendants reserve the right to amend this pleading should facts learned in discovery so warrant

**WHEREFORE,** Defendants seek dismissal of the Complaint with prejudice, and an award of costs and attorneys' fees.

    Respectfully submitted,

    LINDA SINGER,
    Attorney General, DC

    GEORGE C. VALENTINE
    Deputy Attorney General, DC
    Civil Litigation Division

    /s/ Ellen A. Efros
    ELLEN A. EFROS [250746]

                Chief, Equity I
                Telephone: (202) 442-9886
                ellen.efros@dc.gov

                /s/ Martha J. Mullen
                MARTHA J. MULLEN [419036]
                Senior Assistant Attorney General
                Assistant Attorney General
                Office of the Attorney General, DC
                441 Fourth Street, N.W., 6th Floor South
                Washington, D.C. 20001
                Telephone: (202) 724-6612
                Facsimile: (202) 727-0431
                martha.mullen@dc.gov

Filed: December 4, 2007