UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

|  |  |  |
|---|---|---|
| JEFFERY MATTHEWS, et al. | ) ) ) | |
| Plaintiffs, | ) ) | Civil Action No. 07-31 (RWR) |
| v. | ) ) | |
| DISTRICT OF COLUMBIA, et al. | ) ) | |
| Defendants. | ) ) | |

### PLAINTIFFS' MOTION TO COMPEL DISCOVERY

Pursuant to Rules 26 and 33(a), F.R.Civ.P, Plaintiffs' hereby request this Honorable Court pass an order compelling Defendants to answer and otherwise respond to duly propounded discovery. In support of said motion, Plaintiffs aver the following:

1. On November 26, 2007, Plaintiffs served upon Defendants their First Set of Interrogatories and Requests for Production of Documents.

2. Defendants have refused and continue to refuse to answer and otherwise respond to Plaintiffs' discovery requests.

3. Plaintiffs have requested Defendants answer their discovery requests.

4. Defendants contend discovery does not begin until the initial scheduling order. Defendants provide no support for the proposition that discovery does not commence until after the initial scheduling conference.

5. Moreover, as the factual allegations in Plaintiffs' complaint are not complex, and because Defendants in their Answer contend to lack adequate information, commencing discovery sooner rather than later is in the best interest of the parties

and promotes judicial economy.

WHEREFORE, Plaintiffs respectfully move this Honorable Court to pass an order compelling Defendant, District of Columbia, to immediately answer and otherwise respond to discovery.

>Respectfully Submitted,
>
>LAW OFFICES OF KIRK D. WILLIAMS

Dated: 01/04/2008     By: _____/s/_____
Kirk D. Williams, Esquire #467951
1629 K Street, NW, Suite 300
Washington, DC 20036
(202) 726-0480

Counsel for Plaintiffs

**CERTIFICATE OF CONFERENCE**

Counsel for Plaintiffs has conferred with counsel for Defendants, who oppose this motion.

By: _____/s/_____

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY MATTHEWS, et al. ) | |
| ) | |
| Plaintiffs, ) | |
| ) | Civil Action No. 07-31 (RWR) |
| v. ) | |
| ) | |
| DISTRICT OF COLUMBIA, et al. ) | |
| ) | |
| Defendants. ) | |
| ) | |

**PLAINTIFFS' MEMORANDUM OF POINTS AND
AUTHORITIES IN SUPPORT OF MOTION TO COMPEL DISCOVERY**

Rule 26, F.R.Civ.P.

Rule 33(a), F.R.Civ.P.

Respectfully Submitted,

LAW OFFICES OF KIRK D. WILLIAMS

Dated: 01/04/2008     By:
Kirk D. Williams, Esquire #467951
1629 K Street, NW, Suite 300
Washington, DC 20036
(202) 726-0480

Counsel for Plaintiffs

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| JEFFERY MATTHEWS, et al.            )<br>                                                           )<br>          Plaintiffs,                              )<br>                                                           )<br>          v.                                             )<br>                                                           )<br>DISTRICT OF COLUMBIA, et al.     )<br>                                                           )<br>          Defendants.                         )<br>_____)  | Civil Action No. 07-31 (RWR) |

## **ORDER**

Upon consideration of Plaintiffs, Jeffery Matthews, et. al., Motion to Compel Discovery, and consideration of any opposition thereto,, it is hereby

ORDERED that Plaintiff's Motion to Compel Discovery is

GRANTED;

It is further ORDERED that Defendants provide answers to Plaintiffs discovery within five business days of the date of this Order.


Dated this _____ of 2008.


                                                                         _____
                                                                         The Honorable Judge Richard W. Roberts
                                                                         United States District Court for the District of
                                                                         Columbia